DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE JACOBS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2928

[November 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562010CF003192A.

Eugene Jacobs, Jr., Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***